**99–2001. State ex rel. Jackson v. Brigano.**
Warren App. No. CA99–08–090. On motion for stay of court of appeals' judgment. Motion denied.

**99–2106. Campbell v. Burton.**
Greene App. No. 99CA12. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Entry dated November 5, 1999, at page 9:
"For purposes of the immunity exceptions in R.C. 2744.02(B)(5) and R.C. 2744.03(A)(6)(c), does R.C. 4121.421 expressly impose liability on political subdivisions and their employees for failure to report child abuse?"
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.
*Sua sponte,* cause consolidated with 99–1838, *Campbell v. Burton,* Greene App. No. 99CA12.
The conflict cases are *Reed v. Perry Cty. Children's Serv.* (June 29, 1993), Perry App. No. CA–429, unreported, 1993 WL 274299; *Rich v. Erie Cty. Dept. of Human Serv.* (1995), 106 Ohio App.3d 88, 665 N.E.2d 278; *Sprouse v. Lucas Cty. Bd. of Edn.* (Mar. 12, 1999), Lucas App. No. L–98–1098, unreported, 1999 WL 128636; and *Crago v. Lorain Cty. Commrs.* (1990), 69 Ohio App.3d 24, 590 N.E.2d 15.

**99–2158. In re Adoption of Asente.**
Trumbull App. Nos. 99–T–0055, 99–T–0056, 99–T–0057 and 99–T–0058. *Sua sponte,* the Attorney General is invited to submit within thirty days an *amicus* memorandum addressing whether this court should grant a discretionary appeal in this cause.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**99–2165. State v. Gray.**
Mahoning App. No. 94CA5. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**99–2166. State v. Garcia.**
Defiance App. No. 4–98–24. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**99–2172. State v. Richardson.**
Cuyahoga App. No. 74443. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**99–2179. In re Armijo.**
Belmont App. No. 97BA7. On motion for stay of court of appeals' decision. Motion denied.

**99–2193. State v. Mitchell.**
Hamilton App. Nos. C–980825, C–980826 and C–980827. On motion for leave to file delayed appeal. Motion denied.

**99–2196. State v. Ritchey.**
Columbiana App. No. 97CO44. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.

**99–2200. State ex rel. McCleskey v. Brigano.**
Warren App. No. CA99–09–113. On motion for stay of court of appeals' judgment. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–2286. Sidle v. Ohio Adult Parole Auth.**
In Habeas Corpus. *Sua sponte,* writ allowed and post-release sanctions stayed. Allowing writ means that a return is ordered. See *Reed v. Kinkela* (1998), 84 Ohio St.3d 1427, 702 N.E.2d 903. Respondents are ordered to file a return of writ within twenty days of service of the petition, and petitioner may file a response within ten days after the return. Petitioner's physical presence before the court is not required. *Id.*
IT IS FURTHER ORDERED that this cause be *sua sponte* held for the decision in 99–1419, *Woods v. Telb,* Lucas App. No. L–99–1083.
F.E. SWEENEY, J., dissents and would dismiss the cause.